**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**CARLOS G. FIGUEROA,**

        **Plaintiff,**

**-vs-**                            **Case No. 6:10-cv-842-Orl-22DAB**

**RSC CORPORATION a Florida
corporation d/b/a Ace Wrecker Service,**

        **Defendant.**

_____

## ORDER

This cause is before the Court on the Second Amended Joint Motion for Court Approval of Settlement Agreement (Doc. No. 32) filed on April 19, 2011.

The United States Magistrate Judge has submitted a report recommending that the Motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed April 26, 2011 (Doc. No. 33) is ADOPTED and CONFIRMED and made a part of this Order.

2. The Second Amended Joint Motion for Court Approval of Settlement Agreement (Doc. No. 32) is DENIED.

3. This matter is REFERRED to the Magistrate Judge to conduct an evidentiary hearing as to the reasonableness of the settlement to Plaintiff, and award of attorney's fees.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on May 12, 2011.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record