**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CARLOS G. FIGUEROA,**

        **Plaintiff,**

**-vs-**                                   **Case No. 6:10-cv-842-Orl-22DAB**

**RSC CORPORATION a Florida**
**corporation d/b/a Ace Wrecker Service,**

        **Defendant.**

_____

**ORDER**

This cause is before the Court on the Amended Joint Motion for Court Approval of Settlement Agreement and Dismissal with Prejudice (Doc. No. 37) filed on June 23, 2011.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed July 7, 2011 (Doc. No. 40) is ADOPTED and CONFIRMED and made a part of this Order.

      2.      The Amended Joint Motion for Court Approval of Settlement Agreement and Dismissal with Prejudice (Doc. No. 37) is GRANTED.  The Settlement Agreement is hereby APPROVED.

      3.      This case is DISMISSED WITH PREJUDICE.

      4.      The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on July 19, 2011.

Copies furnished to:

Counsel of Record

_____
ANNE C. CONWAY
United States District Judge